BEFORE THE SECOND DIVISION, NOVEMBER 9, 1938

No. 39798.—Protests 331490–G, etc., of American Express Co. et al. (New York).

Opinion by TILSON, J.   It was established by the record that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39799.—Protests 788199–G, etc., of Gimbel Bros. Inc., Delaware, et al. (New York).

Opinion by TILSON, J.   Knit wool wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable under paragraph 1114 as claimed.

No. 39800.—Protests 768210–G, etc., of C. W. Davenport (Philadelphia).

Opinion by TILSON, J.   Knit wool wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable under paragraph 1114 as claimed.

No. 39801.—Protests 780895–G, etc., of Bonwit Teller & Co. et al. (Philadelphia).

Opinion by TILSON, J.   Knit wool wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable under paragraph 1114 as claimed.

No. 39802.—Protests 914555–G, etc., of Acorn Importing Co. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 10, 1938

No. 39803.—Protests 386201–G, etc., of American Import Co. (Los Angeles).

Opinion by McCLELLAND, P. J.   It was stipulated that the merchandise consists of candlesticks, bud vases, trays, candle holders, incense burners, stamp boxes, photo frames, bon-bon boxes, salt and pepper shakers, bon-bon dishes, bridge trays, flower vases, and match holders.   Being articles used chiefly in the kitchen or household for utilitarian purposes or hollow ware in chief value of metal, silver plated, the claim at 40 percent under paragraph 339 was sustained.